**Electronically Filed
Supreme Court
SCWC-20-0000665
04-FEB-2025
07:59 AM
Dkt. 3 ODAC**

SCWC-20-0000665

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL ADREANO TACUB, JR.,
Petitioner/Appellant-Appellee,

vs.

HAWAIIAN HOMES COMMISSION; KALI WATSON, in his capacity as
Chairperson of the Hawaiian Homes Commission and the
Director of the Department of Hawaiian Home Lands;
SANOE MARFIL, WALT KANEAKUA, ARCHIE KALEPA, PAULINE NAMU'O,
LAWRENCE LASUA, DENNIS NEVES, MICHAEL KALEIKINI, and MAKAI
FREITAS, in their capacities as members of the Hawaiian Homes
Commission; and the DEPARTMENT OF HAWAIIAN HOME LANDS,
Respondents/Appellees-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000665; CASE NO. 1CCV-20-0000300)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Appellant-Appellee Michael Adreano Tacub, Jr.'s
application for writ of certiorari filed on December 26, 2024,
is rejected.

DATED:  Honolulu, Hawai'i, February 4, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

